UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  JOHN MONTAGNO                    CASE NO.:   10-44381-JKO
                                         CHAPTER 7

      Debtor
_____/

**<u>MOTION FOR AUTHORITY TO REDEEM PERSONAL PROPERTY AND
APPROVAL OF ASSOCIATED FINANCING AND
ATTORNEY FEES UNDER § 11 U.S.C. 722</u>**

Pursuant to 11 U.S.C. §722, the debtor through undersigned counsel hereby moves the Court for a Redemption Order on the following grounds:

1. The item to be redeemed is tangible personal property intended primarily for personal, family or household use more particularly described as follows:

    a. 2009 Honda Fit, VIN:  JHMGE88269S060563.

2. American Airlines Federal Credit Union holds a security interest in the personal property by virtue of a retail installment contract.

3. The interest of the Debtor in such property is exempt or has been abandoned by the estate and the debt which is secured by said property to the extent of the allowed secured claim of American Airlines Federal Credit Union, is a dischargeable consumer debt.

4. The secured claim of American Airlines Federal Credit Union for purposes of redemption should be determined to be not more than $12,125.00.

5. Arrangements have been made by the Debtor to pay American Airlines Federal Credit Union, up to the aforesaid amount in a lump sum should this motion be granted.

6. The payment for this proposed redemption is to be financed through a loan from Debtor's 401(k) retirement account.

7. The Debtor's monthly payments will be $191.32 a month for 72 months with an annual percentage rate of 3.25%. The debtor will make total payments of $13,775.04.

8. Debtor's current installment agreement held by American Airlines Federal Credit Union, requires monthly payments of $412.00 at an interest rate of 5.00% for a remainder term of 48 months. Under the current installment agreement Debtor would make total payments of $15,956.00.

9. Debtor's monthly amount, term of the payments and the overall amount of the repayment will be decreased significantly through the proposed redemption.

10. Moreover, Debtor has agreed to borrow and disperse additional funds in the amount of $250.00, from their loan for representation of the debtor in this matter.

11. The aforementioned compensation is in addition to the previously disclosed compensation and for services rendered beyond the scope of the legal services to have been rendered for such compensation heretofore disclosed.

WHEREFORE, the Debtor requests this Court to order American Airlines Federal Credit Union, to accept from Debtor the lump sum payment of the redemption value, mark as satisfied any encumbrance or security interest and release their lien of record. In the event American Airlines Federal Credit Union objects to this motion, Debtor requests the Court to determine the value of the property as of the time of the hearing on such objection.

DATED this 16th day of February, 2011.

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2102.910(A).

Respectfully submitted,

**LANSHE & CASAS, P.A**.
Attorneys for Debtor
9600 W. Sample Road, Suite 205
Coral Springs, Florida  33065
Telephone: (954) 255-2022
Facsimile: (954) 255-1902


BY   /s/ Clare A. Casas
         CLARE A. CASAS
         FL BAR NO.: 0663239

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of the Motion for Authority to Redeem Personal Property was furnished this 16th day of February, 2011, by electronic mail or U.S. mail, postage prepaid, first class to:

Leslie S Osborne:    osbornetrustee@kennethrappaportlawoffice.com,
                     lso@trustesolutions.com

American Airlines Federal Credit Union
PO Box 619001
DFW Airport, TX 75261


BY   /s/ Clare A. Casas
         CLARE A. CASAS