**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**
www.flsb.uscourts.gov

IN RE:   JOHN MONTAGNO                              CASE NO.:   10-44381-JKO
                                                                 CHAPTER 7

_____Debtor_____/

**CERTIFICATE OF SERVICE AND CERTIFICATE OF COMPLIANCE**
**WITH LOCAL RULE 9073-1(D)**

I certify that a true copy of the Motion to Redeem and Notice of Hearing on this matter were served as follows:

By Notice of Electronic Filing on February 21st, 2011:

Office of the US Trustee:   USTPRegion21.MM.ECF@usdoj.gov

Leslie S Osborne:   osbornetrustee@kennethrappaportlawoffice.com,
lso@trustesolutions.com

By U.S. mail to:

American Airlines Federal Credit Union
MD #2100
PO Box 619001
Dallas, TX 75261-9001

Dated this 21st Day of February 2011.

    I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

    I further certify that I have conferred with opposing counsel in an attempt to resolve these issues without a hearing.

    Respectfully submitted,

**LANSHE & CASAS, P.A**.
Attorneys for Debtor
9600 W. Sample Road, Suite 205
Coral Springs, Florida   33065
Telephone: (954) 255-2022
Facsimile: (954) 255-1902

BY____/s/ Clare A. Casas_____
    CLARE A. CASAS
    FL BAR NO.: 0663239

LF-46 (rev. 06/02/08)